No. 89–1754. TEXACO REFINING & MARKETING INC. ET AL. *v.* ESTATE OF DAU VAN TRAN ET AL. Ct. App. Tex., 9th Dist. Motion of Maritime Law Association of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted,

judgment vacated, and case remanded for further consideration in light of *Sisson* v. *Ruby, ante,* p. 358. JUSTICE STEVENS dissents.